# United States District Court
for the
# District of Kansas

STEPHANIE CROYDER,

        Plaintiff,                                Civil Action No. 16-2776-JTM

v.

BRANDON T. PITTENGER, et al.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed February 10, 2017, that the defendants' Motion to Dismiss (Dkt. 12) is hereby granted.

Date:   February 10, 2017               TIMOTHY M. O'BRIEN, CLERK OF COURT

                                                       s/ J. Roach
                                                       Deputy Clerk